An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID KLUCKA,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68749

**FILED**

OCT 23 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Appellant filed notices of appeal on August 28, 2015, September 1, 2015, and September 3, 2015. No appealable order was designated in the notices of appeal. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Kerry Louise Earley, District Judge
David Klucka
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-32362